UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
COURT FILE NO.: 21-cv-2262 SRN/TNL

| | |
|---|---|
| Richard Chang,<br><br>        Plaintiff,<br>v.<br><br>American Honda Finance Corporation and Experian Information Solutions Inc,<br><br>        Defendants. | **MEET AND CONFER STATEMENT** |

I, Thomas J. Lyons Jr., representing the Plaintiff, hereby certifies that he attempted to meet and conferred with counsel for Defendant American Honda, via email correspondence and telephone, requesting that Defendant American Honda stipulate or agree to Plaintiff's Motion for Leave to file an Amended Complaint. I have not heard from Defendant American Honda's counsel by the time of this filing, therefore, at this time the parties **DO NOT** agree in the resolution of any part of the motion.

1

Dated this 1st day of March 2022

                                                By: s/Thomas J. Lyons Jr.
Thomas J. Lyons, Jr., Esq.
Attorney I.D. #249646
**CONSUMER JUSTICE CENTER P.A.**
367 Commerce Court
Vadnais Heights, MN 55127
Telephone:  (651) 770-9707
Facsimile:   (651) 704-0907
tommy@consumerjusticecenter.com

*ATTORNEY FOR PLAINTIFF*