**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**COURT FILE NO.: 21-cv-2262 SRN/TNL**

| | |
|---|---|
| Richard Chang,<br><br>        Plaintiff,<br>v.<br><br>American Honda Finance Corporation and<br>Experian Information Solutions Inc,<br><br>        Defendants. | **PROPOSED ORDER TO AMEND**<br>**PLAINTIFF'S COMPLAINT** |

**IT IS HEREBY ORDERED** that Plaintiff shall file the Amended Complaint within five (5) days from the date of this Order. Defendant American Honda shall have twenty-one (21) days after the Amended Complaint is filed to file its responsive pleading. The above-referenced matter came before The Honorable Magistrate Judge upon PLAINTIFF'S MOTION FOR LEAVE TO AMEND HIS COMPLAINT.

The Court having examined and reviewed the briefs of all counsel, being fully advised in the premises and upon all the files, records and proceedings herein, IT IS HEREBY ORDERED that Plaintiff's Motion be GRANTED in its entirety. Plaintiff shall file his Amended Complaint within five days.

Dated: _____, 2022.        _____
                                                                           Hon. Judge Tony N. Leung
                                                                           U.S. Magistrate Judge

1